```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN


ROBERTS, CHRISTIAN and FLORENCE   )
HEIRS; HODGE, INEZ HEIRS; JACOB   )
and MARY MAGDELENE HEIRS; JAMES   )
HENRY and JOHANNA HEIRS; MEYERS,  )
HERMAN and ARIMENTA HEIRS;        )    Civil No. 18-63
ZYSTEMA, LORENTZINE HEIRS; JOHN   )
VON BEVERHOUT HEIRS; OSBORNE      )
HODGE, IDA SMITH, VERL E.         )
THOMAS, HAROLD A. THOMAS,         )
AMERICA HODGE SMITH, PATRICIA     )
SMITH, MANSUR MUWAKKIL, ADEMOLA   )
OLUGEBEFOLA, and ELEANOR          )
SULLIVAN,                         )
                                  )
          Plaintiffs,             )
                                  )
          v.                      )
                                  )
DAVID BERNHARDT[1], in his        )
official capacity as Secretary    )
of the Interior; U.S. DEPARTMENT  )
OF THE INTERIOR; NATIONAL PARK    )
SERVICE                           )
                                  )
          Defendants.             )
                                  )
```

**APPEARANCES:**

**Osborne Hodge**
New York City, NY
    *Pro Se*,

**Ida Smith**
New York City, NY
    *Pro Se*,

**America Smith**
New York City, NY
    *Pro Se*,

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the caption of this matter was changed to reflect the substitution of the current United States Secretary of the Interior as a party.

**Patricia Smith**
Bronx, NY
    *Pro Se*,

**Harold A. Thomas, III**
Bronx, NY
    *Pro Se*,

**Verl E. Thomas**
New York City, NY
    *Pro Se*,

**Ademola Olugebefola**
New York City, NY
    *Pro Se*,

**Eleanor R. Sullivan**
Brooklyn, NY
    *Pro Se*,

**Mansur Muwakkil**
Brooklyn, NY
    *Pro Se*,

**Gretchen C.F. Shappert, U.S. Attorney**
**Joycelyn Hewlett, AUSA**
U.S. Attorney's Office
St. Thomas, VI
    *For David Bernhardt, in his official capacity as Secretary of the Interior; the U.S. Department of the Interior; and the National Park Service.*

## JUDGMENT

**GÓMEZ, J.**

Before the Court is the motion of the United States to dismiss this matter for lack of subject matter jurisdiction and failure to state a claim.

For the reasons outlined in the Memorandum Opinion of even date, it is hereby

**ORDERED** that the motion of the United States, ECF No. 17, to dismiss is **GRANTED**; it is further

**ORDERED** that the complaint, ECF No. 1, is **DISMISSED**.

S\_____
**Curtis V. Gómez
District Judge**